## No. 865.

### THE STATE VS. W. G. PRATER.

In a trial for a felony the minutes of court must contain the express statement of the presence of the prisoner in court at every important stage of the trial, and the swearing and empanneling of the jury is an important part of the trial.

APPEAL from the District Court for Caddo. BOARMAN, J.

*Slattery*, District Attorney, for the State. *Wise & Herndon, Shepherd, Bell*, for Defendant.

MARR, J., delivered the opinion, reversing the judgment and ordering a new trial.